JUDGE BUCHWALD

08 CV 3333

187-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
KOREA LINE CORPORATION
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOREA LINE CORPORATION,

          Plaintiff,

-against-

CHANG-HONG STEAMSHIP LIMITED,

          Defendant.

08 Civ _____ (____)

**RULE 7.1 STATEMENT**

The Plaintiff, KOREA LINE CORPORATION, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
      April 3, 2008

By:

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
KOREA LINE CORPORATION

_____
Michael E. Unger (MU 0045)
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900

NYDOCS1/301888.1