Buchwald, J

187-08/MEU/SL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KOREA LINE CORPORATON,

                Plaintiff,

   - and -

CHANG-HONG STEAMSHIP LIMITED,

                Defendant.
------------------------------------------------------------x


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/08

08 CV 3333 (NRB)

ORDER FOR RELEASE OF
FUNDS AND DISCONTINUANCE
OF THE ACTION

    WHEREAS it having been reported to the Court that the parties have agreed to settle their disputes with said settlement funds to be paid from funds which have been restrained at garnishees Bank of America and HSBC Bank pursuant to the Order Directing the Clerk to Issue Process of Maritime Attachment and Garnishment entered in this action dated April 4, 2008;

    IT IS HEREBY ORDERED that garnishee HSBC Bank pay to Plaintiff, pursuant to wire transfer instructions to be provided to the bank by Plaintiff's counsel, the sum of $26,364.49; and

    IT IS HEREBY FURTHER ORDERED that garnishee Bank of America is to pay to plaintiff, pursuant to wire transfer instructions to be provided to the bank by Plaintiff's counsel, the sum of $17,673.20; and

    IT IS HEREBY FURTHER ORDERED garnishee Bank of America return the balance of the attached funds ($6,750.00) (together with any interest earned thereon) to Defendant

NYDOCS1/305192.1

CHANG-HONG STEAMSHIP LIMITED pursuant to the wire transfer instructions to be provided by Defendant Chang-Hong Steamship Limited; and

**IT IS HEREBY FURTHER ORDERED** that this action is dismissed with prejudice and without costs as to either party.

Dated: New York, New York
June 2, 2008

Hon. Naomi Reice Buchwald, U.S.D.J.